UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LINDA STANGER and, ) | |
| RICHARD STANGER ) | |
|     Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:04CV839 HEA |
| ) | |
| SMITH & NEPHEW, INC., et al., ) | |
| ) | |
|     Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant Smith & Nephew's Designation of Motions in Limine that Remain at Issue, [Doc. No. 346], and plaintiffs' Endorsement of Motions in Limine that Remain in Issue, [Doc. No. 347]. Based on these filings,

**IT IS HEREBY ORDERED** that Documents 212, 214, 218, 222, 229, 230, 232, 236, 327, 329, 332, 333, 335, 341, 342, and 343 are denied without prejudice to refiling at the time of trial.

Dated this 2nd day of May, 2006.

                                                HENRY EDWARD AUTREY
                                                UNITED STATES DISTRICT JUDGE