UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LINDA STANGER and, RICHARD STANGER<br> Plaintiffs,<br><br>vs.<br><br>SMITH & NEPHEW, INC., et al.,<br><br> Defendants. | Case No. 4:04CV839 HEA |

## ORDER

This matter is before the Court on plaintiffs' Motion to Amend Interlocutory Order, [Doc. No. 351]. The motion is granted in part and denied in part. The Order of April 25, 2006, is amended to correct a clerical error. The last sentence of the second paragraph is amended to state: All other claims were resolved in favor of defendants.

Plaintiffs' motion to certify the Opinion, Memorandum and Order pursuant to 28 U.S.C.§ 1292(b) is denied.

Dated this 4th day of May, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE